UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| RANDAL ARMFIELD, individually and on behalf of all others similarly situated, § § § | Docket No. 1:14-cv-02993-CBS |
| Plaintiff, § § | |
| vs. § § | JURY TRIAL DEMANDED |
| SECURE ENERGY SERVICES USA, LLC; SECURE DRILLING SERVICES USA, LLC D/B/A MARQUIS ALLIANCE ENERGY GROUP USA, LLC § § § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| Defendants. § § | |

PROPOSED ORDER GRANTING
JOINT MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(A)

Pending before the Court is the Parties' joint motion to transfer venue under 28 U.S.C. § 1404(a) to the United States District Court, Southern District of Texas, Houston Division. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion.

Accordingly, the Clerk of the Court shall transfer this case to the United States District Court for the Southern District of Texas, Houston Division.

**IT IS SO ORDERED.**

**DATED:** ___June 5,_____ 2015

                                                             Hon. Craig B. Shaffer
                                                             United States Magistrate Judge